UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCOTT GUERIN, INDIVIDUALLY                 CIVIL ACTION NO. 02-1066-JJB-DLD
AND ON BEHALF OF AUSTIN
GUERIN, AND DEBRA GUERIN

VERSUS

AMERICAN HOME PRODUCTS
CORPORATION, ET AL

**CONSOLIDATED WITH**                      THIS DOCUMENT PERTAINS TO:

EDDIE HUGHES, III                          CIVIL ACTION NO. 03-119-JJB-DLD
INDIVIDUALLY AND ON BEHALF OF
EDDIE HUGHES, IV, AND
MONICA HUGHES

VERSUS

MERCK & CO., INC., ET AL

## MAGISTRATE JUDGE'S REPORT

This matter came before the court on a rule to show cause why the plaintiffs' action should not be dismissed. This matter involves claims by parents of children for damages allegedly sustained by their children as a result of the administration of childhood vaccines containing the preservative thimerosal to their children. The matter was administratively closed pending the resolution of certain claims in the Vaccine Court in December 2006, and reopened in June 2012 (rec. doc. 8).

On September 7, 2012, the court ordered plaintiffs to appear in court on October 4, 2012, to show cause why their case should not be dismissed for failure to prosecute and/or why appropriate sanctions should not be imposed against them for failure to appear for a status conference on September 6, 2012 (rec. doc. 22). Plaintiff Eddie Hughes appeared in court on October 4, 2012, in response to the show cause order and stated that he no longer wanted to pursue his claims against the defendants and asked that his case be

dismissed (rec. doc. 32). Counsel for defendants were present at the show cause hearing and did not object to plaintiffs' request for dismissal.

Plaintiff Monica Hughes did not appear at the show cause hearing, and the court received a letter via facsimile on October 5, 2012, indicating that she would like to pursue her claims against defendants. Thus, on October 15, 2012, the court issued an order for plaintiff Monica Hughes to show cause on November 1, 2012, why her claims should not be dismissed for failure to prosecute and/or why appropriate sanctions should not be imposed against her for failure to appear for a status conference on September 6, 2012, and a show cause hearing on October 4, 2012 (rec. docs. 32 and 31). On October 23, 2012, the court received a letter from plaintiff Monica Hughes indicating that she no longer intended to pursue her claims against defendants and that she would like to have this matter dismissed (rec. doc. 33). Accordingly,

**IT IS RECOMMENDED** that the claims brought by plaintiffs, Eddie Hughes, III, individually and on behalf of Eddie Hughes, IV, and Monica Hughes, against defendants should be **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on October 25, 2012.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION NO. 02-1066-JJB-DLD |
| VERSUS | |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| EDDIE HUGHES, III INDIVIDUALLY AND ON BEHALF OF EDDIE HUGHES, IV, AND MONICA HUGHES | CIVIL ACTION NO. 03-119-JJB-DLD |
| VERSUS | |
| MERCK & CO., INC., ET AL | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 25, 2012.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**